

## NUMBERS 13-13-00544-CR, 13-13-00545-CR, & 13-13-00546-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**MARKUS ANTONIUS GREEN,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

### On appeal from the 24th District Court of DeWitt County, Texas

## ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

Appellant, Markus Antonius Green, has filed pro se motions in these pending appeals: (1) requesting the appointment of counsel on appeal; (2) requesting an extension of time to perfect appeal; (3) seeking to compel the trial clerk to provide

appellant with the record; and (4) seeking to compel prison officials to provide appellant with access to the law library.

We ABATE these appeals and REMAND these causes to the trial court for further proceedings consistent with this order. Upon remand the trial court shall utilize whatever means necessary to determine whether appellant is entitled to new appointed counsel and shall also make findings of fact and conclusions of law pertaining to the other pending motions. The trial court shall further cause its findings and conclusions, and any orders issued, to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order. Appellant's motions will be carried with the case pending receipt and review of the supplemental record.

It is so ordered.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of November, 2013.

2